# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1392
_____

PATRICE KERR,

   Petitioner,

v.

SECOND JUDICIAL CIRCUIT
COURT,

   Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 10, 2018


PER CURIAM.

The petition for writ of mandamus is denied as premature. *See Smartt v. First Union Nat'l Bank*, 771 So. 2d 1232 (Fla. 5th DCA 2000).

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Patrice Kerr, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.